**Order entered January 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01583-CV

**SEBASTIAN LOMBARDO, Appellant**

**V.**

**SHOUVIK BHATTACHARYYA, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-00133**

## ORDER

We **GRANT** appellant's January 16, 2014 opposed motion for second extension of time to file brief and **ORDER** the brief be filed no later than January 31, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE